UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 6, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | MAGISTRATE NO. 1:19-mj-00082 |
| RODREGIZ COLE, | : | |
| | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1591(a)(1), (a)(2), and (b)(2) |
| | : | (Sex Trafficking of a Minor) |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

Between on or about April 3, 2019, and April 5, 2019, in the District of Columbia and elsewhere, the defendants, **RODREGIZ COLE**, did, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – that is, K.M., then a 17-year-old minor female – having

1

had a reasonable opportunity to observe K.M. and knowing and in reckless disregard that K.M. was under the age of 18 years old, knowing and in reckless disregard that K.M. would be caused to engage in a commercial sex act.

    (**Sex Trafficking of a Minor**, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(2))

A TRUE BILL

FOREPERSON

*Jessie K. Liu/JPH*
Attorney for the United States in
and for the District of Columbia